**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 07-7131**

—————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CALVIN LEE EVERETTE,

Defendant - Appellant.

—————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:01-cr-00068-BO)

—————————

Submitted:  October 11, 2007        Decided:  October 18, 2007

—————————

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Calvin Lee Everette, Appellant Pro Se.  Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Calvin Lee Everette appeals the district court's order denying his "Motion for Rule 60(b)(3)." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Everette</u>, No. 5:01-cr-00068-BO (E.D.N.C. June 21, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>